**FILED**

JAN 1 6 2008

IN THE UNITED STATES DISTRICT COURT

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

Plaintiff,

v.

JEFF FOXWORTHY, et al.

Defendant.

_____/

Case Nos:

| | |
|---|---|
| C 08-0068 MJJ (PR) | C 08-0079 MJJ (PR) |
| C 08-0069 MJJ (PR) | C 08-0080 MJJ ( PR) |
| C 08-0070 MJJ (PR) | C 08-0081 MJJ (PR) |
| C 08-0071 MJJ (PR) | C 08-0082 MJJ (PR) |
| C 08-0072 MJJ (PR) | C 08-0083 MJJ (PR) |
| C 08-0073 MJJ (PR) | C 08-0084 MJJ (PR) |
| C 08-0074 MJJ (PR) | C 08-0085 MJJ (PR) |
| C 08-0075 MJJ (PR) | C 08-0086 MJJ (PR) |
| C 08-0076 MJJ (PR) | C 08-0088 MJJ (PR) |
| C 08-0077 MJJ (PR) | C 08-0089 MJJ (PR) |
| C 08-0078 MJJ (PR) | C 08-0090 MJJ (PR) |
| | C 08-0091 MJJ (PR) |

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The cases above are **DISMISSED.**

Dated:        1/16/2008

Richard W. Wieking, Clerk

By:_____
Monica Tutson, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

          Plaintiff,

v.

JEFF FOXWORTHY et al,

          Defendant.

Case Numbers:
| | |
|---|---|
| C 08-0068 MJJ (PR) | C 08-0079 MJJ (PR) |
| C 08-0069 MJJ (PR) | C 08-0080 MJJ ( PR) |
| C 08-0070 MJJ (PR) | C 08-0081 MJJ (PR) |
| C 08-0071 MJJ (PR) | C 08-0082 MJJ (PR) |
| C 08-0072 MJJ (PR) | C 08-0083 MJJ (PR) |
| C 08-0073 MJJ (PR) | C 08-0084 MJJ (PR) |
| C 08-0074 MJJ (PR) | C 08-0085 MJJ (PR) |
| C 08-0075 MJJ (PR) | C 08-0086 MJJ (PR) |
| C 08-0076 MJJ (PR) | C 08-0088 MJJ (PR) |
| C 08-0077 MJJ (PR) | C 08-0089 MJJ (PR) |
| C 08-0078 MJJ (PR) | C 08-0090 MJJ (PR) |
| | C 08-0091 MJJ (PR) |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan Lee Riches
F.C.I. Williamsburg
Prisoner Id 40948-018
P.O. Box 340
Salters, SC 29590

Dated: January 16, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk